IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RANDY JOHNSON | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NEW APPROACH MISSOURI, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.:    17-cv-1550-AGF |
| | ) | |
| ROLLA PUBLIC LIBRARY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their undersigned counsel of record, pursuant to Federal Rule Civil Procedure 41(a)(l)(A)(ii), and hereby stipulate to the dismissal of this case with prejudice.

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
American Civil Liberties Union of Missouri
    Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
(314) 652-3114
(314) 652-3112 (facsimile)
arothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278MO
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
American Civil Liberties Union of Missouri
    Foundation
(816) 470-9938
gwilcox@aclu-mo.org

Attorneys for Plaintiffs

**MICKES O'TOOLE, LLC**

<u>/s/ Wendy D. Boggiano</u>
Thomas A. Mickes, #28555MO
tmickes@mickesotoole.com
Wendy D. Boggiano, #58929MO
wboggiano@mickesotoole.com
555 Maryville University Drive
Suite 240
St. Louis, Missouri 63141
Telephone: 314-878-5600
Facsimile: 314-878-5607

Attorneys for Defendant Rolla Public Library